# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-905

**Motion for:** Adjourn Oral Argument

**Caption [use short title]**

United States v. Patterson

**Set forth below precise, complete statement of relief sought:**

Reschedule oral argument from June 24, 2024 to June 27 or June 28, 2024

**MOVING PARTY:** United States
**OPPOSING PARTY:** Garfield Anthony Patterson

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**MOVING ATTORNEY:** Neeraj N. Patel
**OPPOSING ATTORNEY:** Lillian Odongo, Esq.

[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office, District of Connecticut
157 Church St., 25th Floor, New Haven, CT 06510
203-821-3700; neeraj.patel@usdoj.gov

Office of the Federal Defender
265 Church St, Suite 702, New Haven, CT 06510
203-889-4127; Lillian_Odongo@fd.org

**Court- Judge/ Agency appealed from:** Hon. Victor A. Bolden, U.S. District Court - District of Connecticut

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: June 24, 2024

**Signature of Moving Attorney:**
NEERAJ PATEL  Digitally signed by NEERAJ PATEL  Date: 2024.06.03 10:09:52 -04'00'  **Date:** 6/3/2024  **Service:** ☒ Electronic  ☒ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

STATE OF CONNECTICUT

                                ss: NEW HAVEN

COUNTY OF NEW HAVEN

## AFFIDAVIT

I, Neeraj N. Patel, state as follows:

1. I am an Assistant United States Attorney for the District of Connecticut. I represent the United States in the captioned appeal, and I am admitted to practice before this Court.

2. I make this affidavit in support of the Government's motion to adjourn and reschedule oral argument from Monday, June 24, 2024, to a date later that week, either June 27 or June 28, 2024.

3. On April 5, 2024, the defendant-appellant Garfield Anthony Patterson filed a timely notice of appeal. Doc. #1. On April 19, 2024, Mr. Patterson file a motion for bail pending appeal. Doc. #12. The Government filed its opposition to the motion on April 29, 2024. Doc. #13.

4. On May 16, 2024, this Court entered an order denying Mr. Patterson's motion for bail pending appeal but ordered that "the appeal shall be expedited." Doc. #15. The Court ordered Mr. Patterson's brief to be filed by May 30, 2024, and the Government's response brief to be filed

1

by June 13, 2024. *Id.* The Court ordered the Clerk of the Court to calendar the appeal for oral argument during the week of June 24, 2024. *Id.* The Court further stated that the "schedule is subject to adjustment upon application by either side." *Id.*

5. On May 31, 2024, the Clerk of the Court calendared oral argument for June 24, 2024. Doc. #20.

6. The undersigned, who was Government's counsel during the trial below, is unavailable on June 24, 2024, because he is scheduled to be on trial in another criminal matter that day in the District of Connecticut. Jury selection is scheduled for June 20, 2024, and trial is scheduled to commence on June 24, 2024. The trial is not expected to last more than three days.

7. Accordingly, the Government respectfully requests that the Court reschedule oral argument in this appeal to either June 27 or June 28, 2024.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 3, 2024.

    AFFIANT

    /s/
    NEERAJ N. PATEL
    ASSISTANT U.S. ATTORNEY

# CERTIFICATE OF SERVICE

  This is to certify that on June 3, 2024, a copy of the foregoing motion and affidavit was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/
                NEERAJ N. PATEL
                ASSISTANT U.S. ATTORNEY