# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand twenty-four,

United States of America,

    Appellee,

v.

Garfield Anthony Patterson,

    Defendant - Appellant.

**ORDER**
Docket No. 24-905

The Government moves to adjourn and reschedule oral argument.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

